Chambers of
Samuel Conti
United States District Judge



April 24, 2006

Honorable Ortrie D. Smith
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: <u>Samuel Conti Calendar Year 2005 Filing</u>

Dear Judge Smith:

In response to your letter of March 31, 2006 re my Financial Disclosure Report dated March 8, 2006, I submit the following corrections:

Re your numbered paragraph (1):

In Block 5, the report type is "Annual."

Re your numbered paragraph (2):

Part VII, page 1, line 13, Column C(1), should be listed as "K."

Re your numbered paragraph (3):

In Part VII, page 2, line 8 (Google), Column D(3) should read "J."

In Part VII, page 2, line 9 (Plains All American) should be "K."

In Part VII, page 2, line 10 (Southern Co.) should read "J."

Re your numbered paragraph (4):

In Part VII, page 2, line 9, Column B(1) should read "A."

Re your numbered paragraph (5):

In Part VII, page 2, line 11 (SBC) should be corrected as follows:
B(1) should read "C," B(2) should read "Div."

A further correction is hereby made: In Part VII, page 2, line 12 (ATT), B(1) should read "None," and B(2) should read "None."

As noted in the notes, SBC and ATT merged and became one, known as ATT. The value and income were the same at the end of the reporting period.

I do hope my answer complies with your request.

Sincerely,

Samuel Conti
U.S. District Judge

| AO-10 (WP) Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)* |

**1. Person Reporting** *(Last name, first, middle initial)*

CONTI, SAMUEL

**2. Court or Organization**

District Court
Northern District of California

**3. Date of Report**

3/8/06

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*

SENIOR
U.S. District Judge

**5a. Report Type (check appropriate type)**

___ Nomination, Date _____

___ Initial ___ Annual ___ Final

**5b.** ___ Amended Report

**6. Reporting Period**

1-1-2005
TO
12-31-2005

**7. Chambers or Office Address** U.S. Court
405 Golden Gate Ave
San Francisco, CA. 94102

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☒ NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 1987 | CA. STATE PENSION Fund |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | |
|---|---|
| ☒ NONE (No reportable non-investment income.) | |
| 1 | |
| 2 | |

(stamp: RECEIVED MAR 13 10 43 AM '06 FINANCIAL DISCLOSURE ...)

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CONTI, SAMUEL | 3/8/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

SOURCE          DESCRIPTION

☒ **NONE** (No such reportable reimbursements.)

2

3

4

5

6

7

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

SOURCE       DESCRIPTION       VALUE

☒ **NONE** (No such reportable gifts.)

| | | |
|---|---|---|
| | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

CREDITOR       DESCRIPTION       VALUE CODE*

☒ **NONE** (No reportable liabilities.)

2

3

4

5

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CONTI, SAMUEL | 3/8/06 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Enbridge Pipe PTNERS | B | Div. | K | T | | | | | |
| 2 MET. Life INS | A | Div | J | T | | | | | |
| 3 Teppo PTNERS | A | Div | J | T | | | | | |
| 4 ALLIED Capital | A | Div | J | T | | | | | |
| 5 Buckeye PTNERS | A | Div | J | T | | | | | |
| 6 Kinder Morgan PTNERS | B | Div | K | T | | | | | |
| 7 Ameriqas PTNERS | A | Div | J | T | | | | | |
| 8 Hawaiian Electric | A | Div | J | T | | | | | |
| 9 Ferral Gas | A | Div | J | T | | | | | |
| 10 Bell South | B | Div | K | T | | | | | |
| 11 Exon Mobile | B | Div | M | T | | | | | |
| 12 General Electric | B | Div | K | T | | | | | |
| 13 Microsoft | A | Div. | D | T | | | | | |
| 14 Bank of America | B | INT. | M | T | | | | | |
| 15 Bank of the West | A | INT. | J | T | | | | | |
| 16 US Saving Bonds | E | INT. | L | T | | | | | |
| 17 US. Treasury Notes | F | INT. | P1 | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CONTI, SAMUEI | 3/8/06 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 WATERhouse Mkt Acct | A | INT. | J | T | | | | | |
| 2 Cisco | NONE | NONE | J | T | | | | | |
| 3 Intel | NONE | NONE | J | T | | | | | |
| 4 Verizon | B | Div. | K | T | | | | | |
| 5 American Electric Power | A | Div | J | T | | | | | |
| 6 Kaneb Pipe Ptners | B | Div, | | | Sold | 3/10 | K | E | |
| 7 General Motors | A | Div | | | Sold | 4/19 | J | NONE | |
| 8 Google | NONE | NONE | J | T | Buy | 5/01 | | | |
| 9 Plains All American | K | Div | J | T | Buy | 2/17 | | | |
| 10 Southern Co | A | Div | J | T | Buy | 4/28 | | | |
| 11 SBC | | | | | Merger | 11/18 | NONE | NONE | See Line 12 |
| 12 ATT | C | Div | M | T | Merger see NOTE VIII | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
  P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | *Conti, Samuel* | *3/8/06* |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

*Re Lines 11 & 12 page VII. 2 = SBC merged with AT&T. Dividends received from SBC attributed to ATT as result of Merger*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in comp███████████████████████████████████3 and Judicial Conference regulations.

Sign███████████████████████████████ Date *3/8/06*

NOT███████████████████████████████ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544